IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60322
Conference Calendar

_____

TEODORO BARRERA-GARCIA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A39 295 979
- - - - - - - - - - -
April 10, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Teodoro Barrera-Garcia petitions for review of the Board of
Immigration Appeals' decision denying his motion to reopen and
reconsider his appeal. This court lacks jurisdiction to review
his petition. See Nguyen v. INS, 117 F.3d 206, 207 (5th Cir.
1997). IT IS ORDERED that the Respondent's motion to dismiss is
GRANTED. IT IS ALSO ORDERED that the Respondent's motion to
supplement the record is DENIED as moot.

PETITION DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.